■ VANCE METAL FABRICATORS, INC., Respondent, v CARL E. WIDELL & SON, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *Vance Metal Fabricators v Carl E. Widell & Son* (50 AD2d 1062). (Appeal from judgment of Ontario Supreme Court in action to reform contract.) Present—Marsh, P. J., Simons, Mahoney, Goldman and Del Vecchio, JJ.